STATE v. JOHNSON

No. 273P97

Case below: 126 N.C.App. 227

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 23 July 1997.

STATE v. LATTIMORE

No. 254P97

Case below: 124 N.C.App. 460

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of appeals denied 23 July 1997.

STATE v. LEGRANDE

No. 215A96

Case below: Stanly County Superior Court

Motion by defendant (LeGrande) to dismiss capital appeal denied 23 July 1997.

STATE v. McCRAY

No. 248P97

Case below: 117 N.C.App. 465

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 23 July 1997.

STATE v. PERSON

No. 269P97

Case below: 126 N.C.App. 227

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 23 July 1997.